**EPSTEIN BECKER & GREEN, P.C.**
Susan Gross Sholinsky (SS-5619)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant,
  Access Nursing Services Corporate

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

CYNTHIA SCOTT,

                    Plaintiff,

      – against –

ACCESS NURSING SERVICES CORPORATE,

                    Defendant.

------------------------------------X

Civil Action No.:
CV 02-1382 (JG) (LB)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 15, 2005
P.M.
TIME A.M.

IT IS HEREBY STIPULATED AND AGREED, by and between the respective parties, that the above-captioned matter is discontinued and dismissed with prejudice, without costs or attorneys' fees as to any party against the other.

CYNTHIA SCOTT

Dated: April __, 2005

By: _____
     Cynthia Scott

17 Vandalia Avenue, Apt. 4B
Brooklyn, New York 11239
(718) 513-3299

PLAINTIFF *PRO SE*

EPSTEIN, BECKER & GREEN, P.C.

Dated: April 25, 2005

By: _____
     Susan Gross Sholinsky (SS-5619)

250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

ATTORNEYS FOR DEFENDANT

SO ORDERED:

s/John Gleeson                7-7-05
_____
JOHN GLEESON, U.S.D.J.

Dated: _____ ___, 2005

NY:523986v2

7